IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WALTER EVERETT MOORE, III,

    Plaintiff

v.                                  CASE NO. 7:09-CV-98 (HL)

Captain MICHELLE KEENE, et al,

    Defendants

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 5) filed September 21, 2009 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed.

**SO ORDERED,** this the 15th day of October, 2009.

                                          *s/ Hugh Lawson*
                                          **HUGH LAWSON, Senior Judge**
                                          **United States District Court**