**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **WALTER EVERETT MOORE, III,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 7:09-CV-98 (HL) |
| **Capt. MICHELLE KEENE, et al,** | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 23) filed February 2, 2011, has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There were no objections to the Magistrate Judge's Recommendation filed within the time allowed.

**SO ORDERED,** this the 7th day of March, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**