# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**WALTER EVERETT MOORE III,**

    Plaintiff,

v.

**SOPHIA JAMES and JOSH ADCOCK,**

    Defendants.

Civil Action No. 7:09-CV-98 (HL)

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 36), entered on May 21, 2012. Judge Langstaff recommends that the Motions for Summary Judgment (Docs. 32, 34) filed by Plaintiff be denied. Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. The Motions for Summary Judgment (Docs. 32, 34) are denied.

**SO ORDERED**, this the 11th day of June, 2012.

    *s/ Hugh Lawson*
    **HUGH LAWSON, SENIOR JUDGE**

mbh